UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates to:

>*Pamela Schuchert v. Bayer HealthCare Pharmaceuticals Inc., et al.*, 3:10-cv-11979-DRH-PMF

## Order Governing Pre-Trial Submissions Deadlines

This Order sets forth the schedule for pre-trial deadlines in *Schuchert v. Bayer*.

1. The parties shall exchange affirmative deposition designations and objections to exhibits on July 20, 2015.

2. The parties shall exchange deposition counter-designations and objections to affirmative deposition designations on August 3, 2015.

3. The parties shall exchange objections to deposition counter-designations on August 17, 2015.

4. The parties shall meet and confer on objections to exhibits and deposition designations by August 31, 2015.

5. The parties shall exchange proposed jury instructions and verdict forms on August 31, 2015.

6. Motions *in limine* are due on September 4, 2015.

7. The final pretrial order is due on September 14, 2015.

8. The parties shall meet and confer on proposed jury instructions and verdict forms by September 14, 2015.

9. The parties shall submit proposed jury instructions and verdict forms to the Court on September 28, 2015.

10. Responses to motions *in limine* are due on October 2, 2015.

11. Trial begins on November 5, 2015.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.08 10:40:08 -05'00'

**United States District Judge**

2